FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 01 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARCUS WEEMS,

                         Plaintiff,                  ORDER
                                                    09 CV 4512 (ILG) (VVP)
-against-

JON PASSICK, et al.,

                         Defendants.
------------------------------------------------------------x
GLASSER, United States District Judge:

      A Report and Recommendation of Magistrate Judge Pohorelsky, dated November 3, 2010, recommended that this action should be dismissed with prejudice, as the plaintiff has chosen to abandon his claims. Any objections were to be made within fourteen days, and that failure to do so waives the right to appeal. As of this date, no objection has been filed. The Report and Recommendation, which thoroughly reviewed the facts and the controlling authorities is, after due consideration, hereby adopted in its entirety. Accordingly, it is hereby ordered that this action is dismissed with prejudice.

      Plaintiff's counsel, Robert A. Wright, Jr., shall serve a copy of this Order on his client forthwith, by regular mail and by certified mail return receipt requested, and file proof of such service in the record.

      SO ORDERED.

Dated:     Brooklyn, New York
             December 1, 2010

                                                      I. Leo Glasser